

12424 Wilshire Boulevard

12th Floor

Los Angeles California 90025

Telephone 310.826.7474

Facsimile 310.826.6991

May 24, 2018

**VIA ECF**

The Honorable Gary R. Brown
United States District Court
Eastern District of New York
100 Federal Plaza - Courtroom 840
P.O. Box 9014
Central Islip, NY 11722-9014

Re: *Linksmart Wireless Technology, LLC v. DCI-Design Communications LLC*, Case No. 2:18-cv-02444-JMA-GRB

Dear Judge Brown:

We represent Plaintiff Linksmart Wireless Technology, LLC in the action referenced above.

We write to respectfully request the Court to grant Defendant DCI-Design Communications LLC an extension of time to respond to the Complaint. Defendant's original deadline to respond is May 25, 2018.

Defendant's counsel, David Movius, contacted us on May 24, 2018, to request an extension. Mr. Movius explained that Defendant has not yet obtained local counsel due to conflicts, but expects to secure local counsel shortly. Mr. Movius asked us to consent to extending the deadline for Defendant to respond to the Complaint to June 25, 2018.

Plaintiff consents to the proposed extension. As a courtesy, we are filing this request for extension on Defendant's behalf, and respectfully request that the Court grant the extension. This is the first request for extension; there have been no prior requests for extensions of time in this case. Attached is a proposed order for this request.

We thank the Court for its attention to this matter.



The Honorable Gary R. Brown
May 24, 2018
Page 2

Respectfully submitted,

By:   */s/ Kent N. Shum*

Charles R. Macedo  (NY 2328318)
**AMSTER, ROTHSTEIN & EBENSTEIN LLP**
90 Park Avenue
New York, NY 10016
Telephone:   (212) 336-8074
Facsimile:    (212) 336-8001
Email:   cmacedo@arelaw.com

Larry C. Russ (*PHV* to be filed)
Marc A. Fenster (*PHV* to be filed)
Benjamin T. Wang (*PHV* to be filed)
Kent N. Shum (*PHV* to be filed)
Bahrad A. Sokhansanj (*PHV* to be filed)
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone:   (310) 826-7474
Facsimile:    (310) 826-6991
Email:  lruss@raklaw.com
            mfenster@raklaw.com
            bwang@raklaw.com
            kshum@raklaw.com
            bsokhansanj@raklaw.com

*Attorneys for Plaintiff*
LINKSMART WIRELESS TECHNOLOGY, LLC